AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Ralph Kaus  **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 03-CV-435

v.

Carriage House Companies, Inc.


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion for summary judgment and attorney fees is granted.


Date: October 18, 2005                                                                      RODNEY C. EARLY,
                                                                                            CLERK


                                                              By:    s/Deborah M. Zeeb
                                                                       Deputy Clerk